UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

    v.                                              **ORDER**
                                                     17-CR-179-RJA

MICHAEL V. SECCHIAROLI,

                     Defendant.

_____

       The February 17, 2021 Decision and Order of the Court at Docket Number 53 granted the motion of Defendant Michael V. Secchiaroli for compassionate release to home incarceration pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) subject to this further Order setting the conditions of his home incarceration. Defendant Secchiaroli's sentence has been modified to convert the remaining term of imprisonment to a term of supervised release subject to all the terms and conditions of supervised release set forth in the Judgment at Docket Number 41 to begin immediately upon his release from Federal Bureau of Prisons custody; and it is further

       **ORDERED** that the Bureau of Prisons is directed to immediately commence the process of releasing Defendant from custody, and the United States Attorney's Office and United States Probation Office are directed to take all steps to communicate and to facilitate that relief; and it is further

       **ORDERED** that beginning 14 days after his release from incarceration from FCI Fort Dix, and until the remaining term of Defendant's imprisonment (as converted to a term of supervised release) has elapsed, in addition to all the terms and conditions of supervised release previously imposed, Defendant shall comply with the conditions of

the Location Monitoring Program (**home incarceration** component); Defendant is restricted to his residence at all times, except for medical necessities and court appearances or other activities specifically approved by the Court; Defendant must wear an electronic monitor, follow the monitoring procedures outlined in Probation Form 61, and contribute to the cost of services rendered (co-payment); and it is further

**ORDERED** that under 18 U.S.C. § 3583, beginning when the remaining term of Defendant's imprisonment (as converted to a term of supervised release) has elapsed, Defendant's previously imposed 5-year term of supervised release shall commence subject to the terms and conditions set forth in the Judgment at Docket Number 41; and it is further

**ORDERED** that Defendant must contact the Probation Office for the Western District of New York, United States Probation Officer Gavin Lorenz at 716-465-0741 within 24 hours of his release; and it is further

**ORDERED** that due to the COVID-19 pandemic, following his release from FCI Fort Dix, Defendant must travel directly to his mother's residence, i.e. 58 Edgewood Avenue, Buffalo, New York 14223, and he may not make any stops other than are necessary for fueling, food, or restroom facilities on his return home; and it is further

**ORDERED** that during his travel to said location, Defendant should wear a face covering and use reasonable precautions to socially distance himself from others; and it is further

**ORDERED** that, due to the COVID-19 pandemic, upon returning to his mother's residence in Buffalo, New York, Defendant must self-quarantine for 14 days; and it is finally

**ORDERED** that even during Defendant's 14-day period of self-quarantine, he shall advise his supervising United States Probation Officer of any medical appointments he must attend with enough detail to allow United States Probation to verify the appointment, that the medical treatment providers are aware of Defendant's status in self-quarantine, and Defendant's attendance at the appointment.

**IT IS SO ORDERED.**

      *s/Richard J. Arcara*
      HONORABLE RICHARD J. ARCARA
      UNITED STATES DISTRICT COURT

Dated:  February 17, 2021
         Buffalo, New York