UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════

UNITED STATES OF AMERICA,

       v.

**DECISION AND ORDER**
17-CR-179-A

MICHAEL V. SECCHIAROLI,

                Defendant.

═══════════════════════════════

With the consent of Defendant Michael V. Secchiaroli, this Court referred this case to Magistrate Judge Michael J. Roemer to conduct a change-of-plea proceeding and plea allocution with Defendant as to a violation of the terms and conditions of Defendant's supervised release, and to make a recommendation to this Court whether the plea of guilty should be accepted. On April 30, 2026, Defendant appeared before Magistrate Judge Roemer and entered a plea of guilty to Charge No. 3 in the Amended Petition for Offender Under Supervision.

Magistrate Judge Roemer issued a Report and Recommendation ("R&R") (Dkt. No. 79), confirming his oral findings that Defendant's plea of guilty was knowing and voluntary, and supported by a factual basis. No timely objections to the R&R have been filed. It is hereby

**ORDERED** that, upon review of the Amended Petition for Offender Under Supervision (Dkt. No. 70), the plea agreement (Dkt. No. 77), the plea transcript (Dkt. No. 80), and the R&R, the Court finds, in accordance with the requirements set forth in *United States v. Pelensky*, 129 F.3d 63 (2d Cir. 1997), that Defendant knowingly and

voluntarily admitted the alleged conduct constituting the violation and waived his rights under Rule 32.1 of the Federal Rules of Criminal Procedure.[1]

Accordingly, Defendant's plea of guilty to Charge No. 3 of the Amended Petition for Offender Under Supervision is accepted based upon the oral findings of the Magistrate Judge as confirmed in the R&R.

**As previously scheduled, the Sentencing on Violation of Supervised Release will be held on June 8, 2026, at 10:15 a.m., in Judge Arcara's Courtroom.** Probation's final report is due by June 3, 2026.

**IT IS SO ORDERED.**

_s/Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated:  May 26, 2026
        Buffalo, New York

---

[1] The R&R states that Defendant's plea of guilty "accords with the requirements of Rule 11 of the Federal Rules of Criminal Procedure[.]"  Rule 11, however, is not applicable in this context. *See United States v. Samuel*, 15-1456-cr, 653 F. App'x 37, 38 (2d Cir. June 24, 2016) (summary order); *see also Pelensky*, 129 F.3d at 67 and 68 n.9.